## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANGEL NEYRA,

Plaintiff,                           Case No.: 15-24496-CIV-LENARD/GOODMAN

vs.

A & O PLUMBING CORP.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby submits this Notice of Settlement and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within fourteen (14) days.

Dated:  April 25, 2016                              Respectfully submitted,

                                                                                                 s/Jonathan S. Minick
Jonathan S. Minick, Esq.
FBN:  88743
E-mail:  jminick@jsmlawpa.com
Jonathan S. Minick, P.A.
1850 SW 8th Street, Suite 307
Miami, Florida 33135
Phone:  (786) 441-8909
Facsimile:  (786) 523-0610
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 25, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Leslie W. Langbein, Esq.
Florida Bar No. 305391
E-mail: langbeinpa@bellsouth.net
Langbein & Langbein, P.A.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Counsel for Defendant
Service via CM/ECF