UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.15-24496-cv-LENARD

ANGEL NEYRA

    Plaintiff,

v.

A & O PLUMBING CORP.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS MATTER came before the Court on the parties' Joint Motion for Fairness Review and for Order of Dismissal with Prejudice following settlement of this action claiming unpaid overtime pay under the Fair Labor Standards Act and under Florida Statute 448.08.

To approve the settlement, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act ("FLSA"). *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), and 29 U.S.C. § 216. A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there were numerous bona fide disputes including but not limited to such issues as whether Plaintiff was an independent contractor for a portion of the time

for which he seeks back wages; how many hours per week Plaintiff provided services to or worked for Defendant; and whether Defendants acted in good faith.

The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the Plaintiff and his counsel as attorney's fees and costs and has otherwise been advised about the premises underlying the settlement. The Court finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby **APPROVED**. It is further

**ORDERED AND ADJUDGED** that all pending motions are denied as moot and this case is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs except as otherwise provided in the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Settlement Agreement until September 8, 2016. .

DONE AND ORDERED, in Chambers, at Miami, Florida, this __10th__ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record via CM/ECF